witz and others. A. Cohen, of New York City, for appellant. T. Farley, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. JENNINGS v. WALDO. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Proceeding by the People of the State of New York, on the relation of John Jennings, against Rhinelander Waldo. No opinion. Motion to dismiss writ granted, without costs. Order filed.

PEOPLE ex rel. LA CHICOTTE v. STEVENSON. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Proceeding by the People of the State of New York, on the relation of Henry A. La Chicotte, against James W. Stevenson. No opinion. Motion granted, without costs. Order filed. See, also, 150 N. Y. Supp. 1105.

PEOPLE ex rel. LA CHICOTTE v. STEVENSON. SAME v. MARTIN. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Proceedings by the People of the State of New York, on the relation of Henry A. La Chicotte, against James W. Stevenson, as Commissioner, and against Kingsley L. Martin. No opinion. Motion granted, without costs. Order filed. See, also, 153 App. Div. 898, 138 N. Y. Supp. 1136; 150 N. Y. Supp. 1105.

PEOPLE ex rel. McHUGH v. McKAY. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Proceedings by the People of the State of New York, on the relation of Patrick McHugh, against Douglas I. McKay, as Commissioner. F. J. Sullivan, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. MACK v. McKAY. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Proceeding by the People of the State of New York, on the relation of Edward J. Mack, against Douglas I. McKay, as Commissioner. No opinion. Motion granted, without costs. Order filed.

PEOPLE ex rel. McNAMARA v. WALDO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Proceeding by the People of the State of New York, on the relation of Cornelius McNamara, against Rhinelander Waldo, as Commissioner. F. J. Sullivan, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. MOORE v. WOODS. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Proceeding by the People of the State of New York, on the relation of John J. Moore, against Arthur Woods, as Commissioner. F. J. Sullivan, of New York City, for relator. T. Farley, of New York City,

150 N.Y.S.—70

for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. MORTON et al., Respondents, v. PURDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Proceeding by the People of the State of New York, on the relation of John C. Morton and another, against Lawson Purdy and others. (Taxes of 1913.) No opinion. Order affirmed, with $10 costs and disbursements. We find no prejudicial error in the admission of evidence.

PEOPLE ex rel. NOBLE v. REMSEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Proceeding by the People of the State of New York, on the relation of Franklin P. Noble, against John F. Remsen and others, constituting the Board of Water Commissioners, etc., of the Town of North Hempstead, County of Nassau. No opinion. Determination confirmed, and writ of certiorari dismissed, without costs. See, also, 150 N. Y. Supp. 1105.

PEOPLE ex rel. NOBLE v. REMSEN et al. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Proceeding by the People of the State of New York, on the relation of Franklin P. Noble, against John F. Remsen and others, etc. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. See, also, 150 N. Y. Supp. 1105.

PEOPLE ex rel. PAPE, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Proceeding by the People of the State of New York, on the relation of Adolph F. Pape, against the Board of Education of the City of New York. No opinion. Order (84 Misc. Rep. 554, 147 N. Y. Supp. 830) affirmed, with $10 costs and disbursements, upon the opinion of Mr. Justice Jaycox at Special Term.

PEOPLE ex rel. REILLY v. WALDO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Proceeding by the People of the State of New York, on the relation of Patrick Reilly, against Rhinelander Waldo, as Commissioner. E. D. Dowling, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. ROCHESTER TELEPHONE CO., Respondent, v. WOODBURY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Proceedings by the People of the State of New York, on the relation of the Rochester Telephone Company, against Egbert E. Wood-